IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LAMMERS BARREL PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-00135 |
| ) | |
| CARBOLINE COMPANY, et al., ) | [PROPOSED] ORDER |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Motion to Dismiss Defendant NCR Corporation with Prejudice, and for good cause shown, it is Ordered that NCR Corporation is dismissed from this cause with prejudice, each party to bear its own costs.

SIGNED on this 3rd day of December, 2018.

_____
Walter H. Rice
United States District Judge