IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LAMMERS BARREL PRP GROUP, | ) | CASE NO. 3:17-cv-00135-WHR |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | MAGISTRATE JUDGE SHARON L. |
| v. | ) | OVINGTON |
| | ) | |
| CARBOLINE COMPANY, *et al.* | ) | **ETC SUNOCO HOLDINGS, LLC** |
| | ) | **F/K/A SUNOCO, INC.'S AND** |
| Defendants. | ) | **CARBOLINE COMPANY'S** |
| | ) | **MOTION *IN LIMINE* TO EXCLUDE** |
| | ) | **NEWSPAPER ARTICLES AND** |
| | ) | **COLUMNS AND OTHER HEARSAY** |
| | ) | **EVIDENCE** |

Pursuant to Rule 802 of the Federal Rules of Evidence, Defendants ETC Sunoco Holdings, LLC f/k/a Sunoco, Inc. ("Sunoco") and Carboline Company ("Carboline"), by and through their undersigned counsel, move the Court *in limine* for an Order precluding Plaintiff, Lammers Barrel PRP Group ("Plaintiff"), from introducing into evidence, or from having its expert express opinions based upon, any newspaper articles or columns or other such inadmissible hearsay. As set forth more fully in the attached Memorandum in Support of this Motion, which is incorporated herein by reference, although such articles are older than the January 1, 1998 threshold set forth in Evidence Rule 803(16), the articles themselves contain hearsay not subject to any proper exception from exclusion under Evidence Rule 802.

1

Date:  November 5, 2019    Respectfully submitted,

*/s/ William E. Coughlin*
WILLIAM E. COUGHLIN (0010874)
Trial Attorney
SUSAN R. STROM (0043734)
RONALD M. McMILLAN (0072437)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114
(216) 622-8200
(216) 241-0816 – Facsimile
*wcoughlin@calfee.com*
*sstrom@calfee.com*
*rmcmillan@calfee.com*

Attorneys for Defendants ETC Sunoco Holdings, LLC f/k/a Sunoco, Inc. and Carboline Company

4837-3221-5721, v.2

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, the foregoing **ETC SUNOCO HOLDINGS, LLC F/K/A SUNOCO, INC.'S AND CARBOLINE COMPANY'S MOTION *IN LIMINE* TO EXCLUDE NEWSPAPER ARTICLES AND COLUMNS AND OTHER HEARSAY EVIDENCE**, with its Memorandum in Support, was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>*/s/William E. Coughlin*
>One of the Attorneys for ETC Sunoco
>Holdings, LLC f/k/a Sunoco, Inc. and
>Carboline Company