# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Lammers Barrel PRP Group,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 3:17-cv-135-WHR |
| v. : | |
| : | Judge Rice |
| **Carboline Company, et al.,** : | |
| : | |
| **Defendants.** : | |

## STIPULATED ENTRY OF DISMISSAL

Having resolved the matters between them, plaintiff Lammers Barrel PRP Group and defendant Yenkin-Majestic Paint Corporation have stipulated to the dismissal of the matters between them with prejudice. Accordingly, the Court ORDERS this matter dismissed with prejudice as to defendant Yenkin-Majestic Paint Corporation. Each side is to bear their own costs. The Court retains jurisdiction to enforce the terms of the parties' settlement.

**IT IS SO ORDERED.**

_(tp - per Judge Rice authorization after his review)_

Walter H. Rice, Judge
United States District Court

*Stipulated and Agreed:*

| | |
|---|---|
| /s/ Gary D. Justis (per email auth.) | /s/ Barton R. Keyes |
| Gary D. Justis (pro hac vice) | Rex H. Elliott            (0054054) |
| The Justis Law Firm LLC | Barton R. Keyes         (0083979) |
| 10955 Lowell Avenue | Cooper & Elliott, LLC |
| Suite 520 | 2175 Riverside Drive |
| Overland Park, Kansas 66210-2336 | Columbus, Ohio |
| (913) 955-3712 | (614) 481-6000 |
| (913) 955-3711 (Facsimile) | (614) 481-6001 (Facsimile) |
| gjustis@justislawfirm.com | rexe@cooperelliott.com |
| | bartk@cooperelliott.com |
| | |
| | Attorneys for Defendant |
| | Yenkin-Majestic Paint Corp. |

Daniel A. Brown (0041132)
Brown Law Office LLC
204 South Ludlow Street
Suite 300
Dayton, Ohio 45402
(937) 224-1216
(937) 224-1217 (Facsimile)
dbrown@brownlawdayton.com

Attorneys for Plaintiff
Lammers Barrel PRP Group